# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-1073-LPS-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SUPERCELL, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Pursuant to D. Del. L.R. 7.1.2, Defendant Supercell, Inc. hereby moves this Court for an order dismissing Plaintiff Inventor Holdings, LLC's Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  The grounds for this Motion are set forth in the accompanying Memorandum in Support filed contemporaneously herewith.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Michael J. Sacksteder | |
| Lauren E. Whittemore | By:   */s/ David E. Moore* |
| Hana K. Andersen |         Richard L. Horwitz (#2246) |
| FENWICK & WEST LLP |         David E. Moore (#3983) |
| 555 California Street |         Bindu A. Palapura (#5370) |
| San Francisco, CA  94104 |         Hercules Plaza, 6th Floor |
| Tel:  (415) 875-2300 |         1313 N. Market Street |
| |         Wilmington, DE  19801 |
| Carolyn C. Chang |         Tel:  (302) 984-6000 |
| FENWICK & WEST LLP |         rhorwitz@potteranderson.com |
| 801 California Street |         dmoore@potteranderson.com |
| Mountain View, CA  94041 |         bpalapura@potteranderson.com |
| Tel:  (650) 988-8500 | |
| | *Attorneys for Defendant Supercell, Inc.* |
| Dated:  October 10, 2014 | |
| 1168714 / 41853 | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 10, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on October 10, 2014, the attached document was electronically mailed to the following person(s)

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1165827 / 41853