**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-1073-LPS-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SUPERCELL, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT SUPERCELL INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Supercell Inc. ("Supercell") respectfully submits the decision attached as Exhibit A hereto as supplemental authority in support of its position that this Court should dismiss Inventor Holdings' complaint in the above-captioned action pursuant to Fed. R. Civ. P. 12(b)(6) on the ground that U.S. Patent No. 8,784,198 claims patent-ineligible subject matter under 35 U.S.C. § 101. *See* Supercell Mobile's Motion to Dismiss (D.I. 10). On June 11, 2015, in a precedential opinion, the Federal Circuit affirmed a District Court's grant of a motion to dismiss finding that a patent relating to price optimization in an e-commerce environment does not claim patentable subject matter under 35 U.S.C. § 101. *OIP Technologies, Inc. v. Amazon.com, Inc.*, slip op., Case No. 2012-1696 (Fed. Cir. Jun. 11, 2015). Accordingly, Supercell respectfully requests that the Court consider this decision in assessing its motion to dismiss.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael J. Sacksteder<br>Lauren E. Whittemore<br>Hana K. Andersen<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA  94104<br>Tel:  (415) 875-2300<br><br>Carolyn C. Chang<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Tel:  (650) 988-8500<br><br>Dated:  June 15, 2015<br>1192825 / 41853 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By:   */s/ David E. Moore*<br>　　　Richard L. Horwitz (#2246)<br>　　　David E. Moore (#3983)<br>　　　Bindu A. Palapura (#5370)<br>　　　Hercules Plaza, 6th Floor<br>　　　1313 N. Market Street<br>　　　Wilmington, DE  19801<br>　　　Tel:  (302) 984-6000<br>　　　rhorwitz@potteranderson.com<br>　　　dmoore@potteranderson.com<br>　　　bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Supercell, Inc.* |