IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVENTOR HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 14-1067-LPS |
| GAMELOFT, INC., | : | |
| Defendant. | : | |
| INVENTOR HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 14-1068-LPS |
| GLU MOBILE INC. | : | |
| Defendant. | : | |
| INVENTOR HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 14-1070-LPS |
| KING.COM LTD., | : | |
| Defendant. | : | |
| INVENTOR HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 14-1071-LPS |
| NGMOCO, LLC, | : | |
| Defendant. | : | |

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, : | |
| Plaintiff, : | |
| v. : | C.A. No. 14-1072-LPS |
| ROVIO ANIMATION COMPANY, : | |
| Defendant. : | |

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, : | |
| Plaintiff, : | |
| v. : | C.A. No. 14-1073-LPS |
| SUPERCELL, INC., : | |
| Defendant. : | |

## ORDER

At Wilmington this **30th** day of **September, 2015**:

For the reasons set forth in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1. The referrals of Defendants' motions (C.A. 14-1067, D.I. 6; C.A. 14-1068, D.I. 6; C.A. 14-1070 D.I. 6; C.A. 14-1071, D.I. 6; C.A. 14-1072, D.I. 6; C.A. 14-1073, D.I. 6) are **VACATED**.

2. Defendant Gameloft, Inc.'s Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (C.A. 14-1067, D.I. 13) is **GRANTED**.

3. Defendants Glu Mobile Inc., ngmoco, LLC, Rovio Animation Company, and

1

Supercell, Inc.'s Motions to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (C.A. 14-1068, D.I. 10; C.A. 14-1070, D.I. 11, D.I. 16; C.A. 14-1071, D.I. 10; C.A. 14-1072, D.I. 10; C.A. 14-1073, D.I. 10) are **GRANTED**.

4. Defendant King.com Ltd.'s Amended Motion to Dismiss (C.A. 14-1070, D.I. 16) is **GRANTED** and its original Motion to Dismiss (C.A. 14-1070, D.I. 11) is **DENIED AS MOOT**.

5. The parties shall meet and confer and submit a joint status report, including their proposal(s) for further proceedings and/or order(s), if any, no later than October 9, 2015.

_____
HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE