IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-1067-LPS-CJB |
| | ) |
| GAMELOFT, INC., | ) |
| | ) |
| Defendant. | ) |
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-1068-LPS-CJB |
| | ) |
| GLU MOBILE INC., | ) |
| | ) |
| Defendant. | ) |
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-1070-LPS-CJB |
| | ) |
| KING.COM LTD., | ) |
| | ) |
| Defendant. | ) |
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-1071-LPS-CJB |
| | ) |
| NGMOCO, LLC, | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-1072-LPS-CJB |
| | ) |
| ROVIO ANIMATION COMPANY, | ) |
| | ) |
| Defendant. | ) |
| INVENTOR HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-1073-LPS-CJB |
| | ) |
| SUPERCELL, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Inventor Holdings, LLC ("Inventor Holdings") and Defendants Gameloft, Inc., Glu Mobile, Inc., King.com Ltd., ngmoco, LLC, Rovio Animation and Supercell, Inc. (collectively, "Defendants") hereby stipulate, subject to the approval of the Court that:

1. These are patent infringement actions brought by IH against Defendants regarding U.S. Patent No. 8,784,198 (the "'198 patent").

2. On September 30, 2015, the Court entered a Memorandum Opinion and Order (D.I. 38, 39, C.A. No. 1:14-cv-1067; D.I. 37, 38, C.A. No.1:14-cv-01068; D.I. 37, 38, C.A. No. 1:14-cv-1073, D.I. 35, 36 in 1:14-cv-1070, D.I. 37, 38 in 1:14-cv-1071, D.I. 37, 38 in 1:14-cv-1072) granting Defendants' Motions for Judgment on the Pleadings and/or Defendants' Motions to Dismiss.

2

3. The Court's Memorandum Opinion and Order determined that the claims of U.S. Patent No. 8,784,198 (the "'198 patent") are invalid under 35 U.S.C. § 101 for covering unpatentable abstract ideas.

4. Accordingly, the Court enters this Final Judgment in favor of Defendants and against Plaintiff Inventor Holdings on Inventor Holdings' claim for infringement of the '198 patent as set forth in Inventor Holdings' complaints.

5. The parties further stipulate that each party shall bear its own fees and costs.

6. The parties further stipulate that Inventor Holdings waives appeal of the Final Judgment.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| | |
| */s/ Richard C. Weinblatt* | */s/ Bindu A. Palapura* |
| Stamatios Stamoulis #4606 | Richard L. Horwitz #2246 |
| Richard C. Weinblatt #5080 | David E. Moore #3983 |
| Stamoulis & Weinblatt LLC | Bindu A. Palapura #5370 |
| Two Fox Point Centre | Hercules Plaza, 6th Floor |
| 6 Denny Road, Suite 307 | 1313 N. Market Street |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 984-6000 |
| stamoulis@swdelaw.com | rhorwitz@potteranderson.com |
| weinblatt@swdelaw.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |

*Attorneys for Plaintiff*
*Inventor Holdings, LLC*

Michael J. Sacksteder
Lauren E. Whittemore
Hana K. Andersen
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
(415) 875-2300
msacksteder@fenwick.com
lwhittemore@fenwick.com
handersen@fenwick.com

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld #1014
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

Carolyn C. Chang
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500
cchang@fenwick.com

Eric A. Buresh
Michelle L. Marriott
Mark Lang
ERISE IP, P.A.
6201 College Boulevard, suite 300
Overland Park, KS 66211
eric.buresh@eriseip.com
michelle.marriott@eriseip.com
mark.lang@eriseip.com

*Attorneys for Defendants*
*Glu Mobile, Inc., ngmoco, LLC, Rovio*
*Animation and Supercell, Inc.*

*Attorneys for Defendant*
*Gameloft, Inc.*

BLANK ROME LLP

*/s/ Steven L. Caponi*
Steven L. Caponi (DE Bar #3484)
12 N. Market Street
Wilmington, DE 19801
(302) 425-6400
caponi@blankrome.com

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Elizabeth L. Stameshkin (*pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000
hkeefe@cooley.com
mweinstein@cooley.com
lstameshkin@cooley.com

Michael Rhodes (*pro hac vice*)
COOLEY LLP
101 California Street. 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
mrhodes@cooley.com

*Attorneys for Defendant
King.com Ltd.*


SO ORDERED, this ____ day of _____, 2015.

                                                    _____
                                                    United States District Judge